UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. **16-2536**

Bernat v. State of New Jersey Department of Corrections
(D.N.J. No. 3-12-cv-02649)

**ORDER**

Appellants seek review of the District Court's order entered October 28, 2015, which granted summary judgment in favor of certain defendants. On April 19, 2016, the parties filed a stipulation of dismissal as to the remaining defendants pursuant to Fed. R. Civ. P. 41(a)(1)(A). Unless the stipulation states otherwise, such a dismissal is without prejudice. See Fed. R. Civ. P. 41(a)(1)(B). Accordingly, it appears the order on appeal may not be final within the meaning of 28 U.S.C. § 1291 or otherwise appealable at this time. See Borelli v. City of Reading, 532 F.2d 950, 951 (3d Cir. 1976). All parties must file written responses addressing this issue, with a certificate of service attached, within fourteen (14) days from the date of this order.

For the Court,

s/ Marcia M. Waldron
Clerk

Dated:      May 23, 2016
MB/cc:      Jeffrey S. Mandel, Esq.
            Robert P. Preuss, Esq.
            Daniel M. Vannella, Esq.
            Ronald J. Ricci, Esq.
            Craig C. Swenson, Esq.
            Lucy E. Fritz, Esq.