

# LAW OFFICES OF JEFFREY S MANDEL LLC

159 Millburn Avenue, Millburn, NJ 07041, 973-921-0003
Web- www.jsmlawfirm.com; Email- jeff@jsmlawfirm.com

November 4, 2016

Via E-Filing

United States Court of Appeals
 for the Third Circuit
James A. Byrne United States Courthouse
601 Market Street
Philadelphia, PA 19106

    Re:    *Bernat v. NJDOC, et al.*, No. 16-2536

Dear Ms. Waldron:

    Please accept this correspondence as a follow up to our communications. I am no longer at the email address that was on file for this case. Upon receipt of the Order seeking clarification of the stipulation of dismissal, I reached out to my client. My client moved, but did not provide me with her new address.

    My attempts to confirm with my client on the telephone that the dismissal is with prejudice were not successful. I eventually located someone acquainted with my client and learned that my client's cell phone broke and that she was using a different phone. I have since communicated with my client and confirmed that the dismissal is meant to be with prejudice.

    This shall confirm that the stipulation should reflect that it is with prejudice and the appeal of the grant of the motion for summary judgment to the remaining defendant is therefore a final, appealable order.

Very truly yours,

Jeffrey S. Mandel

LAW OFFICES OF JEFFREY S MANDEL LLC
159 Millburn Avenue
Millburn, NJ 07041

U.S.P.S. TRENTON NJ 085
NOV 2016 PM 6 L
X-RAY

U.S. Ct. of App., Third Cir.
James A. Byrne U.S. Courthouse
601 Market Street
Philadelphia, PA 19106