# LAW OFFICES OF JEFFREY S MANDEL LLC

159 Millburn Avenue, Millburn, NJ 07041, 973-921-0003
Web- www.jsmlawfirm.com; Email- jeff@jsmlawfirm.com



Certified by the Supreme Court
of NJ as a Civil Trial Attorney

May 23, 2017

Via E-Filing

United States Court of Appeals
  for the Third Circuit
601 Market Street
Philadelphia, PA  19106-1790

    Re:   *Bernat v. NJDOC, et al.*, No. 16-2536
          *Supplemental Letter Brief Pursuant to May 9th Order*

Dear Judges of this Honorable Court:

On behalf of Plaintiff, please accept this supplemental letter brief in response to the Court's May 9, 2017 Order. We thank the Court for directing our attention to the cases cited in the Order and to what now appears to be an oversight related to Defendant Bennett's status in the case.

The court below entered default judgment against Defendant Bennett, but not default judgment. In the absence of the second-step, *i.e.*, default judgment, the rule of finality expressed in 28 U.S.C. § 1291 is admittedly not met. The *Mondrow* case referenced in this Court's Order does not appear applicable here because there were no pending motions in the District Court when the notice of appeal was filed. It appears that all parties on appeal overlooked until now that the clerk's entry of default against Defendant Bennett was not converted to final judgment. We admittedly are unaware of any exception to the

issue of finality brought to our attention and offer our sincerest apologies for not recognizing this sooner. It appears that the timeliness of the notice of appeal becomes moot considering the finality issue.

We respect procedure. Due to the lack of finality of the claim against Defendant Bennett, this Court lacks jurisdiction to address the merits of the appeal. We respectfully request that the appeal be dismissed without prejudice and that we be granted leave to re-open the case in the District Court.

Respectfully,

/s/ *Jeff Mandel*

Jeffrey S. Mandel